**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

Rite Aid Corporation and Rite Aid Hdqtrs. Corp.,                   :

        Plaintiffs,                                         :

                                                                 :   Civil Case Number:
v.                                                                 :   1:06-cv-02089-RWR

                                                                 :
AstraZeneca Pharmaceuticals L.P.;                                  :
Zeneca, Inc. and Zeneca Holdings, Inc.,                            :

                                                                 :
        Defendants.                                        :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED, by and among the attorneys for the undersigned parties to this action, as follows:

The date for Defendants AstraZeneca Pharmaceuticals, L.P., AstraZeneca L.P.; Zeneca, Inc., and Zeneca Holdings, Inc. (collectively, "AstraZeneca") to answer or otherwise respond is extended to February 2, 2007 with respect to the Complaint served on AstraZeneca or about December 27, 2006.

| By:_____/S/_____ | By:_____/S/_____ |
|---|---|
| Robert D.W. Landon III | Kristin G. Koehler (D.C. Bar # 464422) |
| Kenny Nachwalter P.A. | SIDLEY AUSTIN LLP |
| 1100 Miami Center | 1501 K Street, N.W. |
| 201 South Biscayne Boulevard | Washington, D.C. 20005 |
| Miami, FL  33131 | Ph. (202) 736-8000 |
| (305) 373-1000 | Fax (202) 736-8711 |
| (signed by Kristin G. Koehler with permission of Robert D.W. Landon III) | |
| | *Attorney for Defendants* |
| *Attorney for Plaintiffs* | |

Dated:  January 16, 2007

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

Rite Aid Corporation and Rite Aid Hdqtrs. Corp.,  :

           Plaintiffs,  :

                                   :  Civil Case Number:

v.  :  1:06-cv-02089-RWR

                                     :

AstraZeneca Pharmaceuticals L.P.;  :
Zeneca, Inc. and Zeneca Holdings, Inc.,  :

            Defendants.  :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**[PROPOSED] ORDER**

Upon consideration of the Stipulation in the present proceedings, and it appearing to the

Court that the Stipulation should be so ordered, it is hereby,

ORDERED that the Stipulation is so ordered, and that the date for Defendants

AstraZeneca Pharmaceuticals, L.P., AstraZeneca L.P.; Zeneca, Inc., and Zeneca Holdings, Inc. to

answer or otherwise respond is extended to February 2, 2007.

SO ORDERED this _____ day of _____, 2007:

_____

Judge Richard W. Roberts

**Copies to:**

Mark E. Haddad (D.C. Bar No.  442547)
SIDLEY AUSTIN LLP
555 West Fifth Street
Los Angeles, California 90013

Robert D.W. Landon III
Kenny Nachwalter P.A.
1100 Miami Center
201 South Biscayne Boulevard
Miami, FL  33131

## CERTIFICATE OF SERVICE

I hereby certify that on January 16, 2007, I caused a true and correct copy of the

foregoing on below-listed counsel by electronic means, as well as all counsel listed below by

United States mail, properly addressed and first class postage prepaid.

_____/S/_____

Kristin G. Koehler

**COUNSEL OF RECORD:**

Robert D.W. Landon III
1100 Miami Center
201 South Biscayne Boulevard
Miami, FL 33131
sperwin@kennynachwalter.com

Steve D. Shadowen
Hangley Aronchick Segal & Pudlin
30 North Third Street, Suite 700
Harrisburg, PA 17101-1713

Joseph T. Lukens
Hangley Aronchick Segal & Pudlin
One Logan Square, 27th Floor
Philadelphia, PA 19103-6933