**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| RITE AID CORPORATION, and RITE AID HDQTRS. CORP., <br><br> *Plaintiffs,* <br><br> v. <br><br> ASTRAZENECA PHARMACEUTICALS L.P.; ASTRAZENECA L.P.; ZENECA, INC.; and ZENECA HOLDINGS, INC., <br><br> *Defendants.* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) No. 1:06-cv-02089 (RWR) |

**MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to United States District Court of the District of Columbia Local Civil Rule 83.2(d), defendants AstraZeneca Pharmaceuticals LP, AstraZeneca LP, Zeneca Inc., and Zeneca Holdings, Inc. (collectively, "AstraZeneca"), by and through undersigned counsel, hereby moves this Court for leave for David M. Schiffman to appear as counsel *pro hac vice* in the above referenced case. In support of this Motion, the undersigned states:

1.    Sidley Austin LLP has been retained as counsel for AstraZeneca in this case. David M. Schiffman is a partner at the offices of Sidley Austin LLP at One South Dearborn Street, Chicago, Illinois 60603. His telephone number is (312) 853-7000 and his fax number is (312) 853-7036.

2.    Mr. Schiffman is a member in good standing of the Bar of the State of Illinois, since 1997, and as such is admitted to practice before the courts of the State of Illinois.

3.      Mr. Schiffman is also admitted to practice before the United States Supreme Court (since 1994), the United States Tax Court (since 2000), the United States Court of Appeals for the First Circuit (since 2002), the United States Court of Appeals for the Fifth Circuit (since 1991), the United States Court of Appeals for the Seventh Circuit (since 1980), the United States Court of Appeals for the Eleventh Circuit (since 1999), the United States District Court for the District of Colorado (since 2004), the United States for the Northern District of Illinois – General (since 1977), and the United States District Court for the Eastern District of Michigan (since 1995).

4.      Mr. Schiffman has not been admitted to any other Bar, nor to practice before any other Court.

5.      Mr. Schiffman has not been subject to disciplinary action by any Bar or court.

6.      Mr. Schiffman has been admitted *pro hac vice* in three (related) cases in this Court within the last two years.

7.      The Declaration of David M. Schiffman required by Local Civil Rule 83.2(d) is attached to this Motion as "Exhibit A."

In light of the foregoing, AstraZeneca respectfully requests that David M. Schiffman be admitted to appear as counsel *pro hac vice* in the above referenced case.  A proposed order consistent with the foregoing is attached hereto.

Respectfully submitted,

_____/S/_____

Kristin G. Koehler (D.C. Bar # 464422)
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
Ph. (202) 736-8000
Fax (202) 736-8711

2

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| RITE AID CORPORATION, and RITE AID HDQTRS. CORP., | ) ) ) ) | |
| *Plaintiffs,* | ) ) ) | No. 1:06-cv-02089 (RWR) |
| v. | ) ) | |
| ASTRAZENECA PHARMACEUTICALS L.P.; ASTRAZENECA L.P.; ZENECA, INC.; and ZENECA HOLDINGS, INC., | ) ) ) ) | |
| *Defendants.* | ) ) ) ) ) | |

## <u>ORDER</u>

UPON CONSIDERATION of AstraZeneca's Motion for Admission *Pro Hac Vice* of David M. Schiffman, and the grounds stated in support of the Motion, and the Declaration of David M. Schiffman, and the entire record herein, it is hereby

ORDERED that AstraZeneca's Motion is granted; and it is

FURTHER ORDERED that David M. Schiffman is admitted as AstraZeneca's counsel *pro hac vice* in this case.

So ordered on this _____ day of _____, 2007.

_____
Honorable Richard W. Roberts
United States District Judge

Copies to:

Robert D. W. Landon III
Kenny Nachwalter P.A.
1100 Miami Center
201 South Biscayne Boulevard
Miami, FL 33131

Mark E. Haddad
Joshua E. Anderson
Alycia A. Degen
Sidley Austin LLP
555 West Fifth Street,  Suite 4000
Los Angeles, CA 90013

Steve D. Shadowen
Hangley Aronchick Segal & Pudlin
30 North Third Street, Suite 700
Harrisburg, PA 17101-1713

John W. Treece
David M. Schiffman
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603

Joseph T. Lukens
Hangley Aronchick Segal & Pudlin
One Logan Square, 27th Floor
Philadelphia, PA 19103-6933

## CERTIFICATE OF SERVICE

I hereby certify that on January 16, 2007, I caused a true and correct copy of the foregoing on below-listed counsel by electronic means, as well as all counsel listed below by United States mail, properly addressed and first class postage prepaid.

Robert D. W. Landon III
Kenny Nachwalter P.A.
1100 Miami Center
201 South Biscayne Boulevard
Miami, FL 33131

Steve D. Shadowen
Hangley Aronchick Segal & Pudlin
30 North Third Street, Suite 700
Harrisburg, PA 17101-1713

Joseph T. Lukens
Hangley Aronchick Segal & Pudlin
One Logan Square, 27th Floor
Philadelphia, PA 19103-6933

/S/
Kristin G. Koehler

# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| RITE AID CORPORATION, and RITE AID HDQTRS. CORP., | ) ) ) | |
| Plaintiffs, | ) ) ) | No. 1:06-cv-02089 (RWR) |
| v. | ) ) | |
| ASTRAZENECA PHARMACEUTICALS L.P.; ASTRAZENECA L.P.; ZENECA, INC.; and ZENECA HOLDINGS, INC., | ) ) ) ) | |
| Defendants. | ) ) ) ) | |

**DECLARATION OF DAVID M. SCHIFFMAN IN SUPPORT OF**
**DEFENDANTS' MOTION FOR ADMISSION *PRO HAC VICE***

I, David M. Schiffman, do declare and state the following under penalty of perjury:

1.      My full name is David M. Schiffman.

2.      I am an attorney at Sidley Austin LLP.  My office is located at One South Dearborn Street, Chicago, Illinois 60603.  My telephone number is (312) 853-7000 and my fax number is (312) 853-7036.

3.      I have been retained as counsel for defendants AstraZeneca Pharmaceuticals LP, AstraZeneca LP, Zeneca Inc., and  Zeneca Holdings, Inc. to appear as counsel *pro hac vice* in the above referenced case, pursuant to United States District Court of the District of Columbia Local Civil Rule 83.2(d).

4.    I am a member in good standing of the Bar of the State of Illinois, since 1997, and as such I am admitted to practice before the courts of the State of Illinois.

5.    I am also admitted to practice before the United States Supreme Court (since 1994), the United States Tax Court (since 2000), the United States Court of Appeals for the First Circuit (since 2002), the United States Court of Appeals for the Fifth Circuit (since 1991), the United States Court of Appeals for the Seventh Circuit (since 1980), the United States Court of Appeals for the Eleventh Circuit (since 1999), the United States District Court for the District of Colorado (since 2004), the United States for the Northern District of Illinois – General (since 1977), and the United States District Court for the Eastern District of Michigan (since 1995).

6.    I have not been admitted to any other Bar, nor to practice before any other Court.

7.    I have not been subject to disciplinary action by any Bar or court.

8.    I have been admitted *pro hac vice* in three (related) actions in this Court within the last two years.

I declare under penalty of perjury that the foregoing is true and correct. Executed on the 12 day of January, 2007 in Chicago, Illinois.

David M. Schiffman
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603
Ph. (312) 853-7000
Fax (312) 853-7036

LA1 876480v.1