CO-386-online
10/03

# United States District Court
# For the District of Columbia

RITE AID CORPORATION, et al.  )
                              )
                              )
                              )
              vs  Plaintiff   )   Civil Action No. __1:06-cv-02089-RMC__
                              )
ASTRAZENECA                   )
PHARMACEUTICALS L.P., et al.  )
                              )
              Defendant       )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __AstraZeneca Pharmaceuticals LP__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __AstraZeneca Pharmaceuticals LP__ which have any outstanding securities in the hands of the public:

AstraZeneca PLC

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_[signature]_
Signature

__464422__
BAR IDENTIFICATION NO.

__Kristin Graham Koehler__
Print Name

__1501 K Street, N.W.__
Address

__Washington__     __DC__        __20005__
City               State         Zip Code

__(202) 736-8000__
Phone Number

## CERTIFICATE OF SERVICE

I hereby certify that I have this 16th day of January, 2007 caused to be served a true and correct copy of the Corporate Disclosure Statement of Defendant AstraZeneca Pharmaceuticals LP on below-listed counsel of record in this proceeding, by United States mail, properly addressed and first class postage prepaid.

/s/
Kristin Graham Koehler

**COUNSEL OF RECORD:**

Robert D. W. Landon III
KENNY NACHWALTER P.A.
1100 Miami Center
201 South Biscayne Boulevard
Miami, FL 33131
Tel.: (305) 373-1000
Fax: (305) 372-1861

Steve D. Shadowen
HANGLEY ARONCHICK SEGAL & PUDLIN
30 North Third Street, Suite 700
Harrisburg, PA 17101-1713
Telephone: (717) 364-1030
Telecopy: (717) 364-1020

Joseph T. Lukens
HANGLEY ARONCHICK SEGAL & PUDLIN
One Logan Square, 27th Floor
Philadelphia, PA 19103-6933
Telephone: (215) 568-6200
Telecopy: (215) 568-0300

Attorneys for Plaintiffs

LA1 876179v.1