A0 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Rite Aid Corporation, et al.,     )

           Plaintiff(s)     )    **APPEARANCE**

                   )

                   )

           vs.        )    CASE NUMBER   1:06-CV-02089-RWR

AstraZeneca Pharmaceuticals L.P., et al., )

                   )

       Defendant(s)     )

To the Clerk of this court and all parties of record:

Please enter the appearance of    Mark E. Haddad    as counsel in this

                        (Attorney's Name)

case for:   AstraZeneca Pharmaceuticals LP; AstraZeneca LP; Zeneca Inc.; Zeneca Holdings, Inc.

                   (Name of party or parties)

| | |
|---|---|
| January 16, 2007 | _(signature)_ |
| Date | Signature |
| | Mark E. Haddad |
| 442547 | Print Name |
| BAR IDENTIFICATION | 555 West Fifth Street, Suite 4000 |
| | Address |
| | Los Angeles, CA 90013 |
| | City          State          Zip Code |
| | (213) 896-6604 |
| | Phone Number |

## CERTIFICATE OF SERVICE

I hereby certify that on January 16, 2007, I caused a true and correct copy of the foregoing on below-listed counsel by electronic means, as well as all counsel listed below by United States mail, properly addressed and first class postage prepaid.

Robert D. W. Landon III
Kenny Nachwalter P.A.
1100 Miami Center
201 South Biscayne Boulevard
Miami, FL 33131

Steve D. Shadowen
Hangley Aronchick Segal & Pudlin
30 North Third Street, Suite 700
Harrisburg, PA 17101-1713

Joseph T. Lukens
Hangley Aronchick Segal & Pudlin
One Logan Square, 27th Floor
Philadelphia, PA 19103-6933

/S/
Kristin G. Koehler