AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Rite Aid Corporation, et al., )
        Plaintiff(s) )
         )
         )
        vs. )
AstraZeneca Pharmaceuticals L.P., et al., )
         )
        Defendant(s) )

**APPEARANCE**

CASE NUMBER   1:06-CV-02089-RWR

To the Clerk of this court and all parties of record:

Please enter the appearance of _____John W. Treece_____ as counsel in this
                                      (Attorney's Name)

case for:___AstraZeneca Pharmaceuticals LP; AstraZeneca LP; Zeneca Inc.; Zeneca Holdings, Inc.___
                                      (Name of party or parties)

January 12, 2007
Date

/s/ John W. Treece
Signature

John W. Treece
Print Name

N/A
BAR IDENTIFICATION

One South Dearborn Street
Address

Chicago, IL 60603
City       State       Zip Code

(312) 853-2937
Phone Number

## CERTIFICATE OF SERVICE

I hereby certify that on January 16, 2007, I caused a true and correct copy of the foregoing on below-listed counsel by electronic means, as well as all counsel listed below by United States mail, properly addressed and first class postage prepaid.

>Robert D. W. Landon III
>Kenny Nachwalter P.A.
>1100 Miami Center
>201 South Biscayne Boulevard
>Miami, FL 33131
>
>Steve D. Shadowen
>Hangley Aronchick Segal & Pudlin
>30 North Third Street, Suite 700
>Harrisburg, PA 17101-1713
>
>Joseph T. Lukens
>Hangley Aronchick Segal & Pudlin
>One Logan Square, 27th Floor
>Philadelphia, PA 19103-6933

/S/
Kristin G. Koehler