A0 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Rite Aid Corporation, et al., )
      Plaintiff(s) )  **APPEARANCE**
)
)
      vs. )  CASE NUMBER   1:06-CV-02089-~~RMC~~ *RWR*
AstraZeneca Pharmaceuticals L.P., et al., )
)
      Defendant(s) )

To the Clerk of this court and all parties of record:

Please enter the appearance of  __Alycia A. Degen__  as counsel in this
          (Attorney's Name)

case for: __AstraZeneca Pharmaceuticals LP; AstraZeneca LP; Zeneca Inc.; Zeneca Holdings, Inc.__
          (Name of party or parties)

__January 11, 2007__        *[signature]*
Date        Signature

       Alycia A. Degen
       Print Name

__N/A__
BAR IDENTIFICATION        555 West Fifth Street, Suite 4000
       Address

       Los Angeles, CA 90013
       City    State    Zip Code

       (213) 896-6682
       Phone Number

## CERTIFICATE OF SERVICE

I hereby certify that on January 16, 2007, I caused a true and correct copy of the foregoing on below-listed counsel by electronic means, as well as all counsel listed below by United States mail, properly addressed and first class postage prepaid.

Robert D. W. Landon III
Kenny Nachwalter P.A.
1100 Miami Center
201 South Biscayne Boulevard
Miami, FL 33131

Steve D. Shadowen
Hangley Aronchick Segal & Pudlin
30 North Third Street, Suite 700
Harrisburg, PA 17101-1713

Joseph T. Lukens
Hangley Aronchick Segal & Pudlin
One Logan Square, 27th Floor
Philadelphia, PA 19103-6933

/S/
Kristin G. Koehler

LA1 876229v.1