AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Rite Aid Corporation, et al., )
        Plaintiff(s) )
                      )
                      )
        vs. )
AstraZeneca Pharmaceuticals L.P., et al., )
                      )
        Defendant(s) )

**APPEARANCE**

CASE NUMBER   1:06-CV-02089-~~RMC~~ RWR

To the Clerk of this court and all parties of record:

Please enter the appearance of ____David M. Schiffman____ as counsel in this
                                      (Attorney's Name)

case for: ____AstraZeneca Pharmaceuticals LP; AstraZeneca LP; Zeneca Inc.; Zeneca Holdings, Inc.____
                         (Name of party or parties)

January 12, 2007
Date

_/s/ David M. Schiffman_
Signature

David M. Schiffman
Print Name

One South Dearborn Street
Address

Chicago, IL 60603
City    State    Zip Code

(312) 853-7782
Phone Number

N/A
BAR IDENTIFICATION

## CERTIFICATE OF SERVICE

I hereby certify that on January 16, 2007, I caused a true and correct copy of the foregoing on below-listed counsel by electronic means, as well as all counsel listed below by United States mail, properly addressed and first class postage prepaid.

Robert D. W. Landon III
Kenny Nachwalter P.A.
1100 Miami Center
201 South Biscayne Boulevard
Miami, FL 33131

Steve D. Shadowen
Hangley Aronchick Segal & Pudlin
30 North Third Street, Suite 700
Harrisburg, PA 17101-1713

Joseph T. Lukens
Hangley Aronchick Segal & Pudlin
One Logan Square, 27th Floor
Philadelphia, PA 19103-6933

/S/
Kristin G. Koehler

LA1 876229v.1