AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

RITE AID CORPORATION; and
RITE AID HDQTRS. CORP.

V.

ASTRAZENECA PHARMACEUTICALS
L.P.; ASTRAZENECA L.P.; ZENECA, INC.;
and ZENECA HOLDINGS, INC.,

**SUMMONS IN A CIVIL CASE**

CASE NUMBER 1:06CV02089

JUDGE: Rosemary M. Collyer

DECK TYPE: Antitrust

DATE STAMP: 12/08/2006

TO: (Name and address of Defendant)

ZENECA, INC.
1800 Concord Pike
Wilmington, DE 19850

12/27/06
Paulette Hendrix
12/27/06  2:1? pm
Daniel Newcomb 

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Robert D.W. Landon, III, Esq.
Kenny Nachwalter, P.A.
201 South Biscayne Boulevard, 1100 Miami Center
Miami, FL 33131-4327
Telephone: 305-373-1000

an answer to the complaint which is served on you with this summons, within ___Twenty (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

DEC - 8 2006
DATE

(By) DEPUTY CLERK

Delaware                                    2006/00765

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 12/27/06 at 2:11 PM |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Daniel Newcomb | Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify):   Service on Zeneca, Inc., was effectuated by personally serving Paulette Hendrix, Legal Administrator duly authorized to accept service.  Service was made at 1800 Concord Pike, Wilmington, DE 19850.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   12/28/06
             Date

*Signature of Server*

Caplan & Caplan
172 W. Flagler St., Suite 320
Miami, FL  33130

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

100865