AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

RITE AID CORPORATION; and
RITE AID HDQTRS. CORP.

**SUMMONS IN A CIVIL CASE**

V.

ASTRAZENECA PHARMACEUTICALS
L.P.; ASTRAZENECA L.P.; ZENECA, INC.;
and ZENECA HOLDINGS, INC.

CASE NUMBER: 06-2089

1/2/07
Paulette Hendrix
1/2/07              2:04 pm
Daniel Newcomb

TO: (Name and address of Defendant)

ZENECA HOLDINGS, INC.
By serving: Zeneca, Inc., as registered agent
1800 Concord Pike
Wilmington, DE 19850

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Robert D.W. Landon, III, Esq.
Kenny Nachwalter, P.A.
201 South Biscayne Boulevard, 1100 Miami Center
Miami, FL 33131-4327
Telephone: 305-373-1000

an answer to the complaint which is served on you with this summons, within ___Twenty (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY M. MAYER-WHITTINGTON**                            DEC 2 0 2006

CLERK _Laura M. Chipley_                                  DATE
(By) DEPUTY CLERK

Delaware A.S.                                             2006102671

# AFFIDAVIT OF PROCESS SERVER

In The United States District Court for the District of Columbia

Rite Ai Corporation; and Rite Aid Hdqtrs Corp.  
Plaintiff(s)  
v  
AstraZeneca Pharmaceuticals L.P., et al  
Defendant(s)

Case No: 06-2089

I declare that I am a citizen of the United States, over the age of eighteen and not a party to this action. And that within the boundaries of the state where service was effected, I was authorized to perform said service.

**Service:** I served Zeneca Holdings, Inc. (by serving Zeneca, Inc. - Registered Agent)

**With the (documents):** Summons; and Complaint

**Person Served:** Paulette Hendrix, as business agent, pursuant to FS.48081 as no superior officer was available to accept service

**Service Address:** 1800 Concord Pike, Wilmington, DE 19850

**Date of Service:** January 2, 2007    **Time of Service:** 2:04 p.m.

**Manner of Service:** (X) By personally delivering copies to the person/authorized agent of entity being served.
( ) By leaving, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof
( ) By leaving copies at the dwelling house or usual place of abode of the person being served, with a member of the household 18 or older and explaining the general nature of the papers.
( ) By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

( ) Unknown at address     ( ) Evading            ( ) Moved, left no forwarding
( ) Address does not exist ( ) Service canceled by Litigant  ( ) Unable to serve in a timely fashion
( ) Other

**Service Attempts:** Service was attempted on _____ at _____, _____ at _____, _____ at _____, _____ at _____, _____ at _____, _____ at _____,

**Description:** Age: 46    Sex: F    Race: W    Hgt: 5'    Wgt: 140    Hair: Brown    Glasses: No

I declare under penalty of perjury that the information contained herein is true and correct and this affidavit was executed on:

January 3, 2007        at    Wilmington,    Delaware  
Date                        City            State

_____  
Daniel Newcomb, Process Server

State of Delaware  
County of New Castle

Subscribed and sworn before me, a Notary Public of the State of Delaware on January 3, 2007

**Witness My Hand and Official Seal To**

_____  
Kimberly Ryan, My Commission Expires 6/15/08  
Notary Public, State of Delaware

KIMBERLY J. RYAN  
NOTARY PUBLIC-DELAWARE  
My Commission Expires June 15, 2008