## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

Rite Aid Corporation and Rite Aid Hdqtrs. Corp.,

        Plaintiffs,

v.

AstraZeneca Pharmaceuticals L.P.; AstraZeneca L.P.;
Zeneca, Inc.; and Zeneca Holdings, Inc.,

        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

Civil Case Number:
1:06-cv-02089-RWR

### STIPULATION

This Stipulation relates to the following actions:

- *Walgreen Co., et al. v. AstraZeneca Pharmaceuticals L.P., et al.*, No. 1:06-cv-02084-RWR ("*Walgreen*");

- *Rite Aid Corporation, et al. v. AstraZeneca Pharmaceuticals L.P., et al.*, No. 1:06-cv-02089-RWR ("*Rite Aid*");

- *Meijer, Inc., et al. v. AstraZeneca Pharmaceuticals L.P., et al.*, No. 1:06-cv-02155-RWR ("*Meijer*");

- *Louisiana Wholesale Drug. Co., Inc. v. AstraZeneca Pharmaceuticals L.P., et al.*, No. 1:06-cv-02157-RWR ("*Louisiana Drug*"); and

- *Burlington Drug Company, Inc., et al. v. AstraZeneca Pharmaceuticals L.P., et al.*, No. 1:07-cv-00041-RWR ("*Burlington Drug*")

WHEREAS, the Complaints in the foregoing actions (the "Related Actions")

were filed, and served on Defendants AstraZeneca Pharmaceuticals LP, AstraZeneca LP, Zeneca

Inc., and Zeneca Holdings, Inc. (collectively, "AstraZeneca"), on various dates between

December 7, 2006, and January 12, 2007;

WHEREAS, the *Meijer, Louisiana Drug,* and *Burlington Drug* cases

(collectively, the "Class Actions") were brought as putative class actions and the *Walgreen* and

*Rite Aid* cases (collectively, the "Non-Class Actions") were brought as individual, or non-class, actions;

WHEREAS, the Related Actions are related cases that involve substantially the same issues of law and fact;

WHEREAS, for the Court's and the parties' convenience, AstraZeneca seeks to file a single motion to dismiss the Complaints in all of the Related Actions, as well as a single reply to any opposition(s);

WHEREAS, the Plaintiffs in the Related Actions, for the Court's and the parties' convenience, seek to file a single, or at most, two, opposition(s) to AstraZeneca's motion to dismiss;

WHEREAS, to that end, on January 16 and 18, 2007, the parties filed Stipulations extending to February 2, 2007, the date for AstraZeneca to answer or otherwise respond to the Complaints in the Related Actions;

WHEREAS, the Plaintiffs in the Class Actions have indicated an intention to file an amended consolidated class action complaint (in lieu of the *Meijer, Louisiana Drug* and *Burlington Drug* complaints);

WHEREAS, the Plaintiffs in the Non-Class Actions have indicated an intention to file an amended complaint or amended complaints; and

WHEREAS, the Plaintiffs in the Non-Class Actions intend to designate one of the complaints in the Non-Class Actions as representative, so that the Non-Class Actions may be treated as one for the purposes of AstraZeneca's motion to dismiss,

IT IS HEREBY STIPULATED AND AGREED, by and among the attorneys for the undersigned parties to the Related Actions, as follows:

1.    By no later than February 28, 2007, Plaintiffs in the Class Actions shall either (a) file an amended consolidated class action complaint, or (b) notify AstraZeneca that they will not be amending their complaints.

2.    By no later than February 28, 2007, Plaintiffs in the Non-Class Actions will (a) file any amended complaint(s), and (b) designate one of their complaints as representative, so that the Non-Class Actions may be treated as one for the purposes of AstraZeneca's motion to dismiss.

3.    AstraZeneca will file and serve its motion to dismiss the Related Actions on or before March 28, 2007.

4.    Plaintiffs will file and serve their opposition(s) to AstraZeneca's motion to dismiss twenty-eight (28) days thereafter, but not later than April 25, 2007.

5.    AstraZeneca will file its reply brief in support of its motion to dismiss twenty-one (21) days thereafter, but no later than May 16, 2007.

| | |
|---|---|
| By:_____/S/_____<br>Robert D.W. Landon III<br>KENNY NACHWALTER P.A.<br>1100 Miami Center<br>201 South Biscayne Boulevard<br>Miami, FL 33131<br>(305) 373-1000<br>(202) 372-1861 (fax)<br>(signed by Mark E. Haddad with permission of<br>Robert D.W. Landon III)<br>*Attorney for Plaintiffs* | By:_____/S/_____<br>Mark E. Haddad (D.C. Bar No. 442547)<br>SIDLEY AUSTIN LLP<br>555 West Fifth Street<br>Los Angeles, California 90013<br>(213) 896-6000<br>(213) 896-6600 (fax)<br>*Attorney for Defendants* |

Dated: February 2, 2007

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

Rite Aid Corporation and Rite Aid Hdqtrs. Corp.,

                Plaintiffs,

v.

AstraZeneca Pharmaceuticals L.P.; AstraZeneca L.P.;
Zeneca, Inc.; and Zeneca Holdings, Inc.,

                Defendants.

Civil Case Number:
1:06-cv-02089-RWR

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

## [PROPOSED] ORDER

Upon consideration of the Stipulation in the present proceedings, and it appearing to the Court that the Stipulation should be so ordered, it is hereby,

ORDERED that the Stipulation is so ordered, and that:

1. By no later than February 28, 2007, Plaintiffs in the Class Actions shall either (a) file an amended consolidated class action complaint, or (b) notify AstraZeneca that they will not be amending their complaints.

2. By no later than February 28, 2007, Plaintiffs in the Non-Class Actions will (a) file any amended complaint(s), and (b) designate one of their complaints as representative, so that the Non-Class Actions may be treated as one for the purposes of AstraZeneca's motion to dismiss.

3. AstraZeneca will file and serve its motion to dismiss the Related Actions on or before March 28, 2007.

4. Plaintiffs will file and serve their opposition(s) to AstraZeneca's motion to dismiss twenty-eight (28) days thereafter, but not later than April 25, 2007.

   5.  AstraZeneca will file its reply brief in support of its motion to dismiss twenty-one (21) days thereafter, but no later than May 16, 2007.

     SO ORDERED this _____ day of _____, 2007:

     _____

       Judge Richard W. Roberts

**Copies to:**

Robert D.W. Landon III
Kenny Nachwalter P.A.
1100 Miami Center
201 South Biscayne Boulevard
Miami, FL  33131

Steve D. Shadowen
Hangley Aronchick Segal & Pudlin
30 North Third Street, Suite 700
Harrisburg, PA  17101-1713

Joseph T. Lukens
Hangley Aronchick Segal & Pudlin
One Logan Square, 27th Floor
Philadelphia, PA 19103-6933

## CERTIFICATE OF SERVICE

I hereby certify that on February 2, 2007, I caused a true and correct copy of the foregoing on below-listed counsel by electronic means, as well as all counsel listed below by United States mail, properly addressed and first class postage prepaid.

_____/S/_____
Mark E. Haddad

**COUNSEL OF RECORD**:

Robert D.W. Landon III
Kenny Nachwalter P.A.
1100 Miami Center
201 South Biscayne Boulevard
Miami, FL  33131

Steve D. Shadowen
Hangley Aronchick Segal & Pudlin
30 North Third Street, Suite 700
Harrisburg, PA  17101-1713

Joseph T. Lukens
Hangley Aronchick Segal & Pudlin
One Logan Square, 27th Floor
Philadelphia, PA 19103-6933