IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RITE AID CORPORATION and<br>RITE AID HDQTRS. CORP.<br><br>    Plaintiffs,<br><br>    v.<br><br>ASTRAZENECA PHARMACEUTICALS<br>L.P., et al.<br>    Defendants. | :<br>:<br>:    Civil Action No. 1:06-CV-02089-RWR<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to LCvR 83.2 and the attached declaration, Plaintiffs Rite Aid Corporation and Rite Aid Hdqtrs. Corp. respectfully move for the admission of Joseph T. Lukens of the law firm of Hangley Aronchick Segal & Pudlin to represent Plaintiffs in this action. Mr. Lukens is a member in good standing of the following bars: the Supreme Court of Pennsylvania, the Supreme Court of New Jersey, the Supreme Court of the United States, the Third Circuit Court of Appeals, the Eastern District of Pennsylvania and the District of New Jersey. The undersigned, who is a member in good standing of the bar of this Court, shall act as co-counsel with Mr. Lukens should this motion be granted.

                                                    Respectfully submitted,

                                                    s/Robert D.W. Landon, III
Dated: February 2, 2007                             Robert D.W. Landon III
                                                    KENNY NACHWALTER P.A.
                                                    1100 Miami Center
                                                    201 South Biscayne Boulevard
                                                    Miami, FL 33131
                                                    Telephone: (305) 373-1000
                                                    Facsimile: (305) 372-1861
                                                    *Counsel for Plaintiffs Rite Aid Corporation*
                                                    *and Rite Aid Hdqtrs. Corp.*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was filed by CM/ECF and will be served in the same manner on February 2,    , 2007.

s/Robert D.W. Landon, III

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RITE AID CORPORATION and :
RITE AID HDQTRS. CORP. :
: Civil Action No. 1:06-CV-02089-RWR
Plaintiffs, :
:
v. :
:
ASTRAZENECA PHARMACEUTICALS :
L.P., et al. :
Defendants. :

**DECLARATION OF JOSEPH T. LUKENS
IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Joseph T. Lukens declare under penalty of perjury that the following is true and correct:

1. I am a shareholder in the law firm of Hangley Aronchick Segal & Pudlin. My firm has been retained to represent Rite Aid Corporation and Rite Aid Hdqtrs. Corp. ("Plaintiffs"), in the above-referenced matter.

2. My office address is One Logan Square, 27th Floor, Philadelphia, Pennsylvania 19103, and my telephone number is (215) 568-6200.

3. I do not engage in the practice of law from an office located in the District of Columbia, am not a member of the District of Columbia bar, and do not have an application for membership in the District of Columbia pending.

4. I am a member in good standing of the Bar of the Supreme Court of Pennsylvania, the Supreme Court of New Jersey, the Supreme Court of the United States, the

Third Circuit Court of Appeals, the Eastern District of Pennsylvania and the District of New Jersey.

5. I have not been disciplined by any bar.

6. I am familiar with the Local Rules of the United States District Court for the District of Columbia.

7. I am familiar with the law, facts, and procedure relating to the subject matter of this litigation.

8. I will act as co-counsel for Plaintiffs with Robert D.W. Landon III, D.C. Bar #441571 who is a member in good standing of the bar of this Court.

9. I respectfully request that this Court grant my application to appear and participate *pro hac vice* on behalf of Plaintiffs in this matter.

Dated: 1/29/07

Joseph J. Lukens