IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RITE AID CORPORATION and<br>RITE AID HDQTRS. CORP.,<br><br>　　　　　　Plaintiffs<br>　　v.<br><br>ASTRAZENECA PHARMACEUTICALS<br>L.P., et al<br>　　　　　　Defendants | :<br>:<br>:　Civil Action No. 1:06-CV-02089-RWR<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**DECLARATION OF STEVE D. SHADOWEN
IN FURTHER SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*** 

　　　　Steve D. Shadowen declares, under penalty of perjury and pursuant to LCvR 83.2(d)(5) the following:

　　　　1.　　On February 2, 2007, a motion was filed requesting that I be permitted to participate in Court proceedings in this matter *pro hac vice*.

　　　　2.　　On April 24, 2007 the Court entered a Minute Order deferring the granting of that motion pending compliance with LCvR 83.2(d)(5).

　　　　3.　　Pursuant to that Order, I hereby certify that I have been admitted *pro hac vice* before this Honorable Court one time in the past two years. On May 12, 2006, I was granted *pro hac vice* admission in the case titled *CVS Pharmacy, Inc., et al. v. Warner Chilcott Holdings Company III, Ltd., et al.*, No. 1:06-CV-00795.

　　　　Under penalty of perjury I do so declare.

Dated: __5/1/07__　　　　　　　　　　　　　　　__/s/ Steve D. Shadowen__
　　　　　　　　　　　　　　　　　　　　　　　　　Steve D. Shadowen