IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RITE AID CORPORATION and
RITE AID HDQTRS. CORP.,

        Plaintiffs

v.

ASTRAZENECA PHARMACEUTICALS
L.P., et al

        Defendants

Civil Action No. 1:06-CV-02089-RWR

### DECLARATION OF JOSEPH T. LUKENS
### IN FURTHER SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

Joseph T. Lukens declares, under penalty of perjury and pursuant to LCvR 83.2(d)(5) the following:

1. On February 2, 2007, a motion was filed requesting that I be permitted to participate in Court proceedings in this matter *pro hac vice*.

2. On April 24, 2007 the Court entered a Minute Order deferring the granting of that motion pending compliance with LCvR 83.2(d)(5).

3. Pursuant to that Order, I hereby certify that I have not been admitted *pro hac vice* before this Honorable Court within the past two years.

Under penalty of perjury I do so declare.

Dated: 5/1/07

Joseph T. Lukens