IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RITE AID CORPORATION and<br>RITE AID HDQTRS. CORP.,<br><br>　　　　　Plaintiffs<br>　v.<br><br>ASTRAZENECA PHARMACEUTICALS<br>L.P., et al<br>　　　　　Defendants | Civil Action No. 1:06-CV-02089-RWR |

## DECLARATION OF MONICA L. REBUCK
### IN FURTHER SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

Monica L. Rebuck declares, under penalty of perjury and pursuant to LCvR 83.2(d)(5) the following:

1. On February 2, 2007, a motion was filed requesting that I be permitted to participate in Court proceedings in this matter *pro hac vice*.

2. On April 24, 2007 the Court entered a Minute Order deferring the granting of that motion pending compliance with LCvR 83.2(d)(5).

3. Pursuant to that Order, I hereby certify that I have been admitted *pro hac vice* before this Honorable Court two times in the past two years. On July 11, 2005, I was granted *pro hac vice* admission in the case titled *CVS Pharmacy, Inc. v. Perrigo Co.*, No. 1:05-CV-00543. On May 12, 2006, I was granted *pro hac vice* admission in the case titled *CVS Pharmacy, Inc., et al. v. Warner Chilcott Holdings Company III, Ltd., et al.*, No. 1:06-CV-00795.

Under penalty of perjury I do so declare.

Dated: 5/1/07

Monica L. Rebuck