## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____X
Walgreen Co., et al.,                          :
        Plaintiffs,             :      Civil Case Number:
   v.                                :      1:06-cv-02084-RWR
                                               :
AstraZeneca Pharmaceuticals L.P., et al.,      :
        Defendants.             :
_____X
Rite Aid Corporation and Rite Aid Hdqtrs. Corp., :
        Plaintiffs,             :      Civil Case Number:
   v.                                :      01:06-cv-02089-RWR
                                               :
AstraZeneca Pharmaceuticals L.P., et al.,      :
        Defendants.             :
_____X
Louisiana Wholesale Drug Co., Inc., on behalf of :
itself and all others similarly situated,      :
        Plaintiffs,             :      Civil Case Number:
   v.                                :
                                               :      01:06-cv-02157-RWR
AstraZeneca Pharmaceuticals L.P., et al.,      :
        Defendants.             :
_____X
Burlington Drug Company, Inc., Dik Drug         :
Company, and King Drug Company of Florence,    :
Inc., on behalf of themselves and all others   :
similarly situated,                            :
        Plaintiffs,             :      Civil Case Number:
   v.                                :      01:07-cv-00041-RWR
                                               :
AstraZeneca Pharmaceuticals L.P., et al.,      :
        Defendants.             :
_____X
Meijer, Inc., and Meijer Distribution, Inc., on behalf :
of themselves and all others similarly situated, :
        Plaintiffs,             :      Civil Case Number:
   v.                                :      01:06-cv-02155-RWR
AstraZeneca Pharmaceuticals L.P., et al.,      :
        Defendants.             :
_____X

**PLAINTIFFS' RESPONSE TO DEFENDANTS' SUBMISSION OF
SUPPLEMENTAL AUTHORITY IN SUPPORT OF THEIR MOTION TO DISMISS**

Plaintiffs submit this *Response* to Defendants' *Submission of Supplemental Authority in Support of their Motion to Dismiss*. AstraZeneca's description of the Third Circuit's decision in *Penn. Employees Benefit Trust Fund v. Zeneca Inc.*, No 05-5340, 2007 U.S. App. LEXIS 19601 (3d Cir. August 17, 2007), as affirming the district court's dismissal of claims brought under the Delaware Consumer Fraud Act "on the ground that AstraZeneca's advertisements were supported by the FDA-approved label for Nexium®" is incomplete and misleading.

The Third Circuit did <u>not</u> affirm the district court on the ground that the advertisements were supported by the label. The Court affirmed on the different ground of preemption (a ground irrelevant here).

As to whether the advertisements were shielded by the label, the Third Circuit <u>rejected</u> the district court's conclusion, holding that "[a]lthough there is often a strong correlation between a drug's labeling and marketing, federal approval of labeling does not necessarily authorize marketing practices." *Id*. at *12. The Court went on to hold that, "[t]o the extent that the complaint alleges that Zeneca marketed Nexium as superior to Prilosec, those claims of superiority might be actionable inasmuch as such comparisons are not supported by the labeling and therefore might be false or misleading." *Id*. at *18-19. Of course, Plaintiffs here allege precisely these facts, but only as one small part of a broader scheme to monopolize. *See*, *e.g.* Walgreen First Amended Complaint at ¶¶ 62, 91-92.

Similarly, preemption was critical to the Florida state court decision, *Prohias v. AstraZeneca Pharmaceuticals, L.P.*, 958 So. 2d 1054, 2007 Fla. App. LEXIS 9168 (Fla. Dist. Ct. App. June 13, 2007). There, the Florida State Court of Appeals affirmed the lower court's dismissal of Prohias' complaint because, among other pleading failures, "Plaintiff's state law

22

claims would conflict with federal law and the FDA-approved Nexium labeling and therefore are preempted." *Id.* at *1-2.

                                                          Respectfully submitted,

Dated: October 10, 2007                By: s/ Robert D.W. Landon, III
      Miami, FL                          Robert D.W. Landon, III, Esq.
                                           Scott E. Perwin, Esq.
                                           KENNY NACHWALTER, P.A.
                                           201 South Biscayne Boulevard
                                           1100 Miami Center
                                           Miami, FL 33131
                                           Telephone: 305-373-1000
                                           Facsimile: 305-372-1861

                                           Lauren C. Ravkind, Esq.
                                           KENNY NACHWALTER, P.A.
                                           111 Congress Avenue, Suite 1060
                                           Austin, TX 78701

                                           Joseph T. Lukens, Esq.
                                           HANGLEY ARONCHICK SEGAL & PUDLIN
                                           One Logan Square
                                           18th & Cherry Streets
                                           Philadelphia, PA 19103-6933

                                           Steve D. Shadowen, Esq.
                                           Monica L. Rebuck, Esq.
                                           HANGLEY ARONCHICK SEGAL & PUDLIN
                                           30 North Third Street, Suite 700
                                           Harrisburg, PA 17101-1713

David U. Fierst, Esq.
STEIN, MITCHELL & MEZINES LLP
1100 Connecticut Avenue, N.W.
Suite 1100
Washington, D.C. 20036

Bruce E. Gerstein, Esq.
Barry S. Taus, Esq.
Brett Cebulash, Esq.
Kevin S. Landau, Esq.
GARWIN GERSTEIN & FISHER LLP
1501 Broadway, Suite 1416
New York, NY 10036

Daniel Berger, Esq.
David F. Sorensen, Esq.
Eric Cramer, Esq.
BERGER & MONTAGUE
1622 Locust Street
Philadelphia, PA 19103

John G. Odom, Esq.
Stuart E. Des Roches, Esq.
Charles F. Zimmer II, Esq.
ODOM & DES ROCHES, LLP
Suite 2020, Poydras Center
650 Poydras Street
New Orleans, LA 70130

David P. Smith, Esq.
W. Ross Foote, Esq.
PERCY, SMITH & FOOTE L.L.P.
720 Murray Street
P.O. Box 1632
 Alexandria, LA 71309

Brent B. Barriere, Esq.
PHELPS DUNBAR LLP
Canal Place
365 Canal Street, Suite 2000
New Orleans, LA 70130

Adam Moskowitz, Esq.
KOZYAK TROPIN & THROCKMORTON, P.A.
2525 Ponce de Leon Blvd., 9th Floor
Miami, Fl 33131-2335

Linda Nussbaum, Esq.
Robert N. Kaplan, Esq.
KAPLAN FOX & KILSHEIMER, LLP
805 Third Avenue, 22nd Floor
New York, NY 10022

# CERTIFICATE OF SERVICE

I hereby certify that on October 10, 2007, I have served a true and correct copy of the foregoing on below-listed counsel of record in this proceeding, by electronic means, as well as by United States mail, properly addressed and first class postage prepaid.

s/ Robert D.W. Landon, III
Robert D.W. Landon, III

**Counsel of Record:**

Mark Haddad
SIDLEY AUSTIN LLP
555 West Fifth Street
Los Angeles, CA 90013

John Treece
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603

*Attorneys for Defendants*

David U. Fierst (D.C. Bar 912899)
STEIN, MITCHELL & MEZINES LLP
1100 Connecticut Avenue, N.W., Suite 1100
Washington, DC 20036

Bruce E. Gerstein, Esq.
Barry S. Taus, Esq.
Brett Cebulash, Esq.
Kevin S. Landau, Esq.
GARWIN GERSTEIN & FISHER LLP
1501 Broadway , Suite 1416
New York, NY 10036

Daniel Berger, Esq.
David F. Sorensen, Esq.
Eric Cramer, Esq.
BERGER & MONTAGUE
1622 Locust Street
Philadelphia, PA 19103

John G. Odom, Esq.
Stuart E. Des Roches, Esq.
Charles F. Zimmer II, Esq.
ODOM & DES ROCHES, LLP
Suite 2020, Poydras Center
650 Poydras Street
New Orleans, LA 70130

David P. Smith, Esq.
W. Ross Foote, Esq.
PERCY, SMITH & FOOTE L.L.P.
720 Murray Street
P.O. Box 1632
Alexandria, LA 71309

Brent B. Barriere, Esq.
PHELPS DUNBAR LLP
Canal Place
365 Canal Street , Suite 2000
New Orleans, LA 70130

Adam Moskowitz, Esq.
KOZYAK TROPIN & THROCKMORTON, P.A.
2525 Ponce de Leon Blvd., 9th Floor
Miami, FL 33131-2335

Linda Nussbaum, Esq.
Robert N. Kaplan, Esq.
KAPLAN FOX & KILSHEIMER, LLP
805 Third Avenue, 22nd Floor
New York, NY 10022

Robert D.W. Landon, III, Esq.
Scott E. Perwin, Esq.
KENNY NACHWALTER, P.A.
201 South Biscayne Boulevard
1100 Miami Center
Miami, FL 33131

Joseph T. Lukens, Esq.
HANGLEY ARONCHICK SEGAL & PUDLIN
One Logan Square
18th & Cherry Streets
Philadelphia, PA 19103-6933

Steve D. Shadowen, Esq.
Monica L. Rebuck, Esq.
HANGLEY ARONCHICK SEGAL & PUDLIN
30 North Third Street
Suite 700
Harrisburg, PA 17101-1713

*Attorneys for Plaintiffs*

311799