IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Walgreen Co., et al., <br>    Plaintiffs, <br>   v. <br> AstraZeneca Pharmaceuticals L.P., et al., <br>    Defendants. | Civil Case Number: <br> 1:06-cv-02084-RWR |
| Rite Aid Corporation, et al., <br>    Plaintiffs, <br>   v. <br> AstraZeneca Pharmaceuticals L.P., et al., <br>    Defendants. | Civil Case Number: <br> 1:06-cv-02089-RWR |
| Louisiana Wholesale Drug Co, Inc., et al., <br>    Plaintiff, <br>   v. <br> AstraZeneca Pharmaceuticals L.P., et al., <br>    Defendants. | Civil Case Number: <br> 1:06-cv-02157-RWR |
| Burlington Drug Company, Inc., et al., <br>    Plaintiffs, <br>   v. <br> AstraZeneca Pharmaceuticals L.P., et al., <br>    Defendants. | Civil Case Number: <br> 1:07-cv-00041-RWR |
| Meijer, Inc., et al., <br>    Plaintiffs, <br>   v. <br> AstraZeneca Pharmaceuticals L.P., et al., <br>    Defendants. | Civil Case Number: <br> 1:06-cv-02155-RWR |

**DEFENDANTS' REPLY TO PLAINTIFF'S RESPONSE TO
DEFENDANTS' SUBMISSION OF SUPPLEMENTAL AUTHORITY
IN SUPPORT OF THEIR MOTION TO DISMISS**

AstraZeneca cited Chief Judge Robinson's decision in *Pennsylvania Employee Benefit Trust Fund v. Zeneca, Inc.*, No. 05-075-SLR, 2005 WL 2993937 (D. Del. 2005), in its opening brief because after a thorough review, she concluded that the advertisements alleged to be false and misleading were in fact fully supported by the FDA-approved label for Nexium®.

AstraZeneca noted in its brief that an appeal of that decision was pending, and so it submitted the opinion in *Pennsylvania Employees Benefit Trust Fund v. Zeneca, Inc.*, -- F.3d --, 2007 WL 2376313 (3rd Cir. Aug. 17, 2007), as Supplemental Authority when the Third Circuit affirmed Judge Robinson's judgment.

Plaintiffs now claim that AstraZeneca's Submission of Supplemental Authority is "incomplete and misleading" because, they say, "the Third Circuit rejected the district court's conclusion." Plaintiffs are wrong. The appellate court never disagreed with Judge Robinson's conclusion -- although it disagreed with her about the scope of the safe harbor provision in the Delaware Consumer Fraud Act, a point that is irrelevant here. Importantly, the appellate court recognized that "to the extent that the advertising statements regarding Nexium were consistent with statements used in the labeling approved by the FDA" – as Judge Robinson had explicitly found after a careful review of the ads themselves – "the FDA has determined that they are not false or misleading." *Id.* at *4.

Plaintiffs' description of the holding in *Prohias v. AstraZeneca Pharms., L.P.*, 958 So. 2d 1054 (Fla. DCA 2007), is incomplete and misleading for exactly the same reason, because plaintiffs omit the court's statement that "[w]e entirely agree" with the trial judge's holding that "the promotional and advertising activity attacked in the Complaint is supported by the FDA-approved label for Nexium." *Id*. at 1056.

2

Dated: October 17, 2007 Respectfully submitted,

By: /s/ John W. Treece

| | |
|---|---|
| Mark E. Haddad (D.C. Bar No. 442547)<br>Joshua E. Anderson (*pro hac vice*)<br>Alycia A. Degen (*pro hac vice*)<br>SIDLEY AUSTIN LLP<br>555 West Fifth Street<br>Los Angeles, California 90013<br>(213) 896-6000<br>(213) 896-6600 (fax) | John W. Treece (*pro hac vice*)<br>David M. Schiffman (*pro hac vice*)<br>SIDLEY AUSTIN LLP<br>One South Dearborn<br>Chicago, IL  60603<br>(312) 853-7000<br>(312) 853-7036 (fax)<br><br>*Attorneys for Defendants* |

## CERTIFICATE OF SERVICE

I hereby certify that I have this 17th day of October, 2007, served a true and correct copy of the foregoing on below-listed counsel of record in this proceeding, by electronic means, as well as by United States mail, properly addressed and first class postage prepaid.

                                                                              /s/John W. Treece
                                                                                 John W. Treece

**COUNSEL OF RECORD**:

Robert D.W. Landon III
Richard Alan Arnold
Scott E. Perwin
Lauren C. Ravkind
Kenny Nachwalter P.A.
1100 Miami Center
201 South Biscayne Boulevard
Miami, FL  33131

Linda P. Nussbaum
Kaplan, Fox & Kilsheimer LLP
805 Third Ave.
New York, NY 10022

Robert D.W. Landon III
Kenny Nachwalter P.A.
1100 Miami Center
201 South Biscayne Boulevard
Miami, FL  33131

Steve D. Shadowen
Monica L. Rebuck
Hangley Aronchick Segal & Pudlin
30 North Third Street, Suite 700
Harrisburg, PA  17101-1713

Joseph T. Lukens
Hangley Aronchick Segal & Pudlin
One Logan Square, 27th Floor
Philadelphia, PA 19103-6933

David U. Fierst (D.C. Bar 912899)
Stein, Mitchell & Mezines LLP
1100 Connecticut Ave, N.W.
Suite 1100
Washington, D.C. 20036

Bruce E. Gerstein
Barry S. Taus
Bret Cebulash
Kevin S. Landau
Elena K. Chan
Anne K. Fornecker
Kimberly Hennings
Garwin Gerstein & Fisher LLP
1501 Broadway
Suite 1416
New York, New York 10011

L. Gregory Odom
Stuart E. Des Roches
Charles F. Zimmer II
Odom & Des Roches LLP
Suite 2020, Poydras Center
650 Poydras Street
New Orleans, LA 70130

David P. Smith
W. Ross Foote
Percy, Smith & Foote LLP
720 Murray Street
P.O. Box 1632
Alexandria, LA  71309

| | |
|---|---|
| Daniel Berger<br>David F. Sorensen<br>Eric L. Cramer<br>Berger & Montague, P.C.<br>1622 Locust Street<br>Philadelphia, PA  19103 | Joseph Vanek<br>David Germaine<br>Vanek, Vickers & Masini, P.C.<br>111 S. Wacker Dr., Ste. 4050<br>Chicago, IL 60606 |
| Brent B. Barriere<br>Phelps Dunbar LLP<br>365 Canal Street, Ste. 2000<br>New Orleans, LA  70130 | Robert N. Kaplan<br>Linda Nussbaum<br>Susan R. Schwaiger<br>Kaplan Fox & Kilsheimer LLP<br>805 Third Avenue<br>New York, NY 10022 |
| Adam Moskowitz<br>Kozyak Tropin & Throckmorton<br>2525 Ponce de Leon Blvd., 9th Floor<br>Miami, Florida 33134 | Paul Slater<br>Sperling & Slater, P.C.<br>55 W. Monroe Street<br>Suite 3200<br>Chicago, IL 60603 |

CH1 4025579v.2