```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
_____
                              )
WALGREEN COMPANY et al.,      )
                              )
        Plaintiffs,           )
                              )
        v.                    )   Civil Action No. 06-2084 (RWR)
                              )
ASTRAZENECA PHARMACEUTICALS   )
L.P. et al.,                  )
                              )
        Defendants.           )
_____)
                              )
RITE AID CORPORATION et al.,  )
                              )
        Plaintiffs,           )
                              )
        v.                    )   Civil Action No. 06-2089 (RWR)
                              )
ASTRAZENECA PHARMACEUTICALS   )
L.P. et al.,                  )
                              )
        Defendants.           )
_____)
                              )
MEIJER, INC. et al.,          )
                              )
        Plaintiffs,           )
                              )
        v.                    )   Civil Action No. 06-2155 (RWR)
                              )
ASTRAZENECA PHARMACEUTICALS   )
L.P. et al.,                  )
                              )
        Defendants.           )
_____)
```

-2-

```
_____
                               )
LOUISIANA WHOLESALE DRUG       )
CO., INC. et al.,              )
                               )
        Plaintiffs,            )
                               )
        v.                     )   Civil Action No. 06-2157 (RWR)
                               )
ASTRAZENECA PHARMACEUTICALS    )
LP et al.,                     )
                               )
        Defendants.            )
_____)
                               )
BURLINGTON DRUG COMPANY,       )
INC. et al.,                   )
                               )
        Plaintiffs,            )
                               )
        v.                     )   Civil Action No. 07-0041 (RWR)
                               )
ASTRAZENECA PHARMACEUTICALS    )
LP et al.,                     )
                               )
        Defendants.            )
_____)
```

### ERRATA

This court's errata [55] dated February 26, 2008 to the memorandum opinion [53] is amended as follows:

1. On page 1, line 1, "February 25, 2008" replaces "February 25, 2006."

SO ORDERED.

-3-

SIGNED this 27th day of February, 2008.

                                                  /s/
                                    RICHARD W. ROBERTS
                                    United States District Judge

Case 1:06-cv-02089-RWR   Document 51   Filed 02/27/2008   Page 3 of 3